NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-7039

JULIUS J. GOLZ,

Claimant-Appellant,

v.

ERIC K. SHINSEKI,
Secretary of Veterans Affairs,

Respondent-Appellee.

Appeal from the United States Court of Appeals for Veterans Claims
in 07-0159, Judge Alan G. Lance, Sr.

ON MOTION

ORDER

Julius J. Golz moves for an extension of time, until May 27, 2009, to file his opening brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

**MAY - 7 2009**
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:  Sean A. Ravin, Esq.
     Steven M. Mager, Esq.

s8

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAY - 7 2009

JAN HORBALY
CLERK